**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 24, 2014**



In The

# Fourteenth Court of Appeals

NO. 14-14-00552-CR

**MELISSA ANN MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 7**
**Harris County, Texas**
**Trial Court Cause No. 1950350**

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal in this case, signed by appellant, has been filed with this Court. *See* Tex. R. App. P. 42.2. Because this Court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown

Do Not Publish — Tex. R. App. P. 47.2(b)